**Roscoe CHAMBERS, Plaintiff–Appellant**

v.

**Dennis CONARD, Sheriff, Scott County Jail; Unknown Glasgow, Scott County Jail; Unknown Walker, Scott County Jail; Sean ONeal, USMS; Unknown Jackson, Scott County Jail; Humes, c/o; Clark, c/o; Kelso, c/o; Jennins, c/o; Broder, Sgt.; Pearce, c/o; Tibbitt, Major; Shedo, c/o; Halter, c/o; Blea, c/o; Lefman, c/o; Bibens, c/o; Bright, c/o; Boyd, Sgt.; Salsberry, Sgt.; Gaudet, Sgt. Defendants–Appellees.**

No. 13–3024.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 4, 2013.

Filed: Dec. 11, 2013.

Roscoe Chambers, Greenville, IL, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Roscoe Chambers appeals the district

court's [1] 28 U.S.C. § 1915A preservice dismissal of his pro se 42 U.S.C. § 1983 complaint. Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review), we conclude that Chambers failed to state a claim upon which relief could be granted, *see Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (complaint must state "more than an unadorned, the-defendant-unlawfully-harmed-me accusation"; mere conclusory statements are insufficient to support claim). We therefore affirm the judgment. *See* 8th Cir. R. 47B.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.